IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNY CHALMERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 09-cv-01046-JPG-PMF ) |
| DR. LARSON, DR. STELFOX, JOHN COX, MICHAEL RANDLE, ILLINOIS DEPARTMENT OF CORRECTIONS and WEXFORD MEDICAL SERVICES, | ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   May 18, 2012

NANCY ROSENSTENGEL, Clerk of Court

BY: <u>BrendaK. Lowe, Deputy Clerk</u>

APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE